UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALL TECH INSULATION, LLC,<br>    Plaintiff,<br><br>-v-<br><br>CS DUBOIS CONSTRUCTION, INC.,<br>    Defendant. | No. 1:15-cv-1318<br><br>HONORABLE PAUL L. MALONEY |

**JUDGMENT**

In accordance with the order entered on this date (ECF No. 16), dismissing this action without prejudice consistent with Fed. R. Civ. P. 41(b), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  March 18, 2016           /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge